**Dismissed and Memorandum Opinion filed May 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00127-CV

_____

**IVERY MYERS, Appellant**

**V.**

**HILDA BROUSSARD, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2011-77055**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a protective order signed February 1, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 6, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.